NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Chung.Han@usdoj.gov

Attorneys for Defendant and Cross-Defendant
Robert A. Dworshak

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Michael D'Aleo and Lynne D'Aleo,<br><br>    Plaintiffs,<br><br>    v.<br><br>Robert A. Dworshak; Maribel Pina; EAN Holdings, LLC; Enterprise Rent-A-Car of Los Angeles, LLC, Does 1-100, inclusive,<br><br>    Defendants. | No. EDCV 19-00372<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 2679(d)(2)] |
| Maribel Pina,<br><br>    Cross-Plaintiff,<br><br>    v.<br><br>Robert A. Dworshak; EAN Holdings, LLC; Enterprise Rent-A-Car of Los Angeles, LLC, Roes 1-100, inclusive,<br><br>    Cross-Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL INTERESTED PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), defendant and cross-defendant Robert A. Dworshak ("Defendant"), removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On August 2, 2018, Michael D'Aleo and Lynne D'Aleo ("Plaintiffs") filed a civil action against Defendant; Maribel Pina; EAN Holdings, LLC; Enterprise Rent-A-Car of Los Angeles, LLC in the Superior Court of the State of California for the County of Riverside, entitled *Michael D'Aleo and Lynne D'Aleo v. Robert A. Dworshak; Maribel Pina; EAN Holdings, LLC; Enterprise Rent-A-Car of Los Angeles, LLC*, case no. MCC1800871.

2. The civil action described above was removed on October 3, 2018, and assigned to the Honorable Jesus G. Bernal, case no. 5:18-cv-02110-JGB-SHK. The complaint appeared to allege personal injury for a motor vehicle accident on August 3, 2016, at approximately 4:35 p.m. on 1-15 northbound in the City of Temecula, Riverside County, California.

3. Pursuant to 28 U.S.C. § 2679(d)(2), Defendant was acting within the course and scope of his employment with the United States of America at all times material to the allegations contained in the Complaint. A duly executed Certification of the Chief of the Civil Division for the Central District of California, attesting to the foregoing, was attached to the notice of removal, and is again attached hereto as Exhibit 1.

4. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b). Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

5. On November 8, 2018, Plaintiffs and Defendant stipulated to dismiss without prejudice in order to allow Plaintiffs to exhaust their administrative remedies under the Federal Tort Claims Act, 28 U.S.C. § 2675(a), which the Court approved on November 13, 2018. *See* case no. 5:18-cv-02110-JGB-SHK, Dkt. Nos. 7 & 8.

6. On February 3, 2019, defendant Maribel Pina in the state court action served Defendant with a cross-complaint. A copy of the cross-complaint and other pleadings received by Defendant is attached hereto as Exhibit 2.

7. As stated above, because Defendant was acting within the course and scope of employment at the time of the accident, removal of the entire action is appropriate under 28 U.S.C. § 1346(b) and 28 U.S.C. § 1331. After this case has been assigned to a district court judge, the United States will be substituted as the real party in interest.

8. Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of case no. MCC1800871 has not yet commenced.

9. Because this notice is being filed on behalf of the United States, no bond is required under the terms of 28 U.S.C. §§ 2408, 2679(d)(2).

WHEREFORE, Defendant removes the action now pending in the Superior Court of the State of California for the County of Riverside, Case No. MCC1800871, to the United States District Court for the Central District of California.

Dated: February 26, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/Chung H. Han*
CHUNG H. HAN
Assistant United States Attorney
Attorneys for Defendant and Cross-Defendant
Robert A. Dworshak

3